IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Lars St. John,** | Case No. 1:21-cv-02198-PAB |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **Cuyahoga Metropolitan Housing Authority, et al.,** | **JUDGMENT ENTRY** |
| **Defendants.** | |

Pursuant to the mandate issued by the Sixth Circuit Court of Appeals on June 10, 2025 (Doc. No. 87), and this Court's Order granting summary judgment in favor of Defendants Cornell Grimes and Tyshaune Harris and against Plaintiff (Doc. No. 88), Judgment is entered in favor of Defendants Cornell Grimes and Tyshaune Harris and against Plaintiff.

**IT IS SO ORDERED.**

Dated:  June 17, 2025            *s/Pamela A. Barker*
                                 PAMELA A. BARKER
                                 UNITED STATES DISTRICT JUDGE